LMH

**WO**

JDDL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael D. Mott,<br><br>  Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>  Respondents. | No. CV 05-4028-PHX-SMM (VAM)<br><br>**ORDER** |

Petitioner, a state prisoner, has filed a motion for leave to exceed the page limitation and include exhibits with his application for habeas corpus relief. The Court will grant the motion.

Petitioner, however, has not paid the $5.00 filing fee or properly applied for leave to proceed *in forma pauperis*. He must pay the fee if he has more than $25.00 in his inmate account. LRCIV 3.5(b). Petitioner's present application to proceed *in forma pauperis* is deficient because he has not had the appropriate official fill out the "Certificate of Correctional Official as to Status of Applicant's Trust Account." Without information about his account balance, the Court cannot evaluate whether it would be appropriate to grant Petitioner leave to proceed *in forma pauperis*. The Court will allow Petitioner **30 days** to cure this deficiency by either paying the $5.00 fee or by properly applying to proceed *in forma pauperis*. The Court will direct the Clerk of Court to send him the proper form for applying to proceed *in forma pauperis*.

1  Petitioner should note that if he fails to timely comply with every provision of this
2  Order, or any order entered in this matter, this action will be dismissed pursuant to Rule
3  41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th
4  Cir. 1992) (stating that a district court may dismiss an action for failure to comply with any
5  court order).

6  **IT IS THEREFORE ORDERED THAT:**

7  (1)  Petitioner's Motion for Leave to File Excess Pages (Dkt. #1) is **granted**.  The
8  Clerk of Court shall file the lodged petition.

9  (2) Petitioner shall have **30 days** from the date this Order is filed to either pay the
10  $5.00 filing fee or to file a complete Application to Proceed In Forma Pauperis with a
11  Certificate fully completed;

12  (3) The Clerk of Court is directed to enter dismissal of this action without prejudice
13  and without further notice to Petitioner, if within 30 days of the date this Order is filed,
14  Petitioner fails to comply;

15  (4) At all times during the pendency of this action, Petitioner shall immediately advise
16  the Court of any change of address and its effective date.  Such notice shall be captioned
17  "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information
18  pertaining to the change of address and its effective date.  The notice shall not include any
19  motions for any other relief.  Petitioner shall serve a copy of the Notice of Change of Address
20  on all opposing parties. Failure to file a Notice of Change of Address may result in the
21  dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules
22  of Civil Procedure;

23  (5) Aside from the required two copies of any petition or amended petition a clear,
24  legible copy of every other document filed with the Clerk shall accompany each original
25  document for use by the District Judge or Magistrate Judge to whom the case is assigned.
26  Failure to comply with this requirement may result in the pleading or document being
27  stricken without further notice to Petitioner; and

28

JDDL

(6) The Clerk of Court is directed to provide to Petitioner the current court-approved form for filing an application to proceed *in forma pauperis* for a habeas action.

DATED this 5th day of January, 2006.

Stephen M. McNamee
Chief United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____,  )
                  Petitioner,   ) CASE NO. _____
                              )
           vs.   )
                              )  APPLICATION TO PROCEED
_____, )  *IN FORMA PAUPERIS*
                Respondent(s).   )  BY A PRISONER
                              )  (HABEAS)

    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the amount of your pay and where you work. _____
_____
_____

2. Do you receive any other payments from the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the source and amount of the payments. _____
_____
_____

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?      GYes     GNo
   If "Yes," state the sources and amounts of the income, savings, or assets. _____
   _____
   _____

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                                        SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
     (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE       AUTHORIZED SIGNATURE       TITLE/ID NUMBER       INSTITUTION