WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael D. Mott, | No. CV 05-4028-PHX-SMM (VAM) |
| Petitioner, | |
| vs. | **ORDER** |
| Dora B. Schriro, et al., | |
| Respondents. | |

Pending before the Court is a Motion for Extension of Time to File Objections to Magistrate Judge Virginia A. Mathis's Report and Recommendation dated June 26, 2006. (Dkt. 17.)   For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Extension of Time to File Objections. (Dkt. 17.)   Petitioner shall respond to the Report and Recommendation issued by Judge Mathis no later than August 26, 2006.

DATED this 18th day of July, 2006.

Stephen M. McNamee
United States District Judge